429 A.2d 751

Cole v. Nationwide Insurance Co., Appellant.

Argued April 15, 1980. William J. Ivill, Jr., submitted a brief on behalf of Nationwide, appellant; Irving M. Portnoy, for appellee.

Before CAVANAUGH, HOFFMAN, and VAN der VOORT, JJ.

Order affirmed.

VAN der VOORT, J. concurred in the result.

429 A.2d 752

Commonwealth v. Benninghoff, Appellant.

Submitted June 13, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order and judgment of sentence affirmed.